DECEMBER 16, 1963.

No. 140, October Term, 1962. WILLNER *v.* COMMITTEE ON CHARACTER AND FITNESS, APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, 373 U. S. 96. The motion for clarification or amendment of the mandate is denied. *Henry Waldman* on the motion.

No. 14, Original. LOUISIANA *v.* MISSISSIPPI ET AL. Argued December 10, 1963. The motion for leave to file a bill of complaint is granted and the State of Mississippi is allowed 90 days to answer. *Jack P. F. Gremillion,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, and *Edward M. Carmouche* and *John L. Madden,* Assistant Attorneys General, for plaintiff. *Joe T. Patterson,* Attorney General of Mississippi, *Martin R. McLendon* and *James Neville Patterson,* Assistant Attorneys General, and *Landman Teller,* Special Assistant to the Attorney General, for Mississippi et al., and *Robert M. Bass, Jr., M. M. Roberts* and *E. L. Brunini* for Humble Oil & Refining Co., defendants. [For earlier order herein, see *ante,* p. 803.]

No. 527. UNITED FUEL GAS Co. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA. On appeal from the Supreme Court of Appeals of West Virginia. The Solicitor General is invited to file a brief expressing the views of the United States.